■ GEORGE MILHIM et al., Appellants, v ALMO REALTY CORPORATION et al., Respondents.—In an action, inter alia, to recover down payments made in connection with two real estate contracts, the plaintiffs appeal from an order of the Supreme Court, Nassau County (Molloy, J.), dated November 16, 1990, which denied their motion for summary judgment.

Ordered that the order is affirmed, with costs.

We find that there are triable issues of fact. Accordingly,

summary judgment was properly denied. Thompson, J. P., Balletta, Rosenblatt and Eiber, JJ., concur.